## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ 4.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ 3.25 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 1.92 |
| Total Postage and Fees | $ 9.17 |

Postmark Here — USPS KNOXVILLE DEC 28 2022

Sent To: US Atty for TN % Process Clerk
Street and Apt. No., or PO Box No.: 800 Market St, Ste 211
City, State, ZIP+4®: Knoxville, TN 37902

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Francis M. Hamilton, III
   US Atty for Eastern District of TN
   c/o Civil Division Process Clerk
   800 Market St, Ste 211
   Knoxville, TN 37902

   9590 9402 7103 1251 0595 12

2. Article Number (Transfer from service label)

   7020 0090 0000 8734 8503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): SHANNA EDKIN
C. Date of Delivery: 1-3-2023

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
   ☒ Certified Mail®
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**RECEIVED JAN 0 5 2023 SPICER RUDSTROM**

---

USPS TRACKING #



9590 9402 7103 1251 0595 12



United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

Federico A. Flores, Esq.
Spicer Rudstrom
800 S. Gay St., Ste 1400
Knoxville, TN 37929

2545.89824