# IN THE UNITED STATES DISTRCIT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**BRIAN PAPWORTH,**

    Plaintiff,

v.                                                                                    No.     3:22-cv-461

**UNITED STATES OF AMERICA**
**THROUGH ITS DEPARTMENT OF**
**THE INTERIOR AND ITS NATIONAL**
**PARKS SERVICE,**

    Defendant.

## NOTICE OF WITHDRAWAL OF COUNSEL FOR THE DEFENDANT

Comes now undersigned counsel of record for the defendant, Brian Papworth, pursuant to the Local Rules of the United States District Court for the Eastern District of Tennessee and hereby announces his withdrawal as counsel of record from the above-styled matter. For cause, undersigned counsel would show that he is leaving employment with the law firm of Spicer Rudstrom PLLC and will no longer be involved in representing the defendant in connection with the present matter.

In accordance with LR83.4(f), the defendant is represented by multiple counsel in connection with this matter and shall remain represented by remaining counsel of record Clint J. Woodfin notwithstanding the withdrawal of undersigned counsel.

Respectfully submitted:

/s/ Federico A. Flores

---

CLINT J. WOODFIN, BPR# 016346
FEDERICO A. FLORES, BPR #029806
Attorneys for Defendant Brian Papworth
Spicer Rudstrom, PLLC
800 S. Gay Street, Suite 1400
Knoxville, Tennessee 37929
(T):     (865) 673-8516
(F):     (865) 673-8972

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2023 the Clerk of Court was requested to file a copy of the foregoing notice. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Federico A. Flores
Federico A. Flores (BPR #029806)